In the Matter of the Opening of Emmons Avenue from East Fourteenth Street to Hog Point Creek in the Town of Gravesend; JOHN G. SCHUMAKER, Appellant.

(Argued March 5, 1889; decided March 19, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 25, 1888, which affirmed an order of Special Term, confirming the report of commissioners appointed in the above entitled proceeding.

*William G. Cooke* for appellant.

*James C. Church* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.